IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
WELLS FARGO BANK, N.A.,         )
as Securities Intermediary,     )
                                )
          Plaintiff,            )
                                )
     v.                         )    1:22-cv-907
                                )
LINCOLN NATIONAL LIFE           )
INSURANCE COMPANY,              )
                                )
          Defendant.            )
```

**ORDER**

On July 28, 2023 the United States Magistrate Judge's Memorandum Opinion, Order, and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 28, 29.) No objections were filed within the time prescribed by Section 636.

The court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 28), is **ADOPTED. IT IS FURTHER ORDERED** that Defendant the Lincoln National Life Insurance Company's Motion to Dismiss, (Doc. 10), is **GRANTED.**

A Judgment dismissing this action will be entered contemporaneously herewith.

This the 8th day of September, 2023.

```
                         _____
                              United States District Judge
```